UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00419-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  RAQUEL A. ESPINOZA, a/k/a Raquel Durbanoza, a/k/a Raquel Durbano, a/k/a Ann Durbanoza, and
2.  GEORGE F. DURBIN, a/k/a George Dubano,

     Defendants.

## ORDER

This matter is before the Court upon a review of the file.  Based on the parties' November 7, 2014 telephone conference with my chambers' staff, it is

ORDERED that a 10-day jury trial is set for **Monday, January 5, 2015 at 9:00 a.m., in Courtroom A-1002.**  It is

FURTHER ORDERED that counsel shall submit a filing to the Court not later than **Monday, November 10, 2014** indicating whether this matter will proceed to trial on January 5, 2015.  Should the parties indicate that this case will proceed to trial on the first setting, the Court will then set a briefing schedule for pretrial motions and final trial preparation conference.

Dated this 10th day of November, 2014.

                                  BY THE COURT:

                                  /s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge