**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   14-cr-00419-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAQUEL A. ESPINOZA,

    Defendant.

---

**ORDER CONCERNING DISCLOSURE
OF GRAND JURY MATERIALS**

---

This matter is before the court on Defendant's Motion to Disclose Grand Jury Transcripts (ECF No. 25).  Upon consideration of the motion, it is **GRANTED** and ORDERED as follows:

1.    Pursuant to Rule 6(e)(3)(E)(1), the Government may disclose grand jury transcripts to defense counsel.

2.    To protect grand jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case.  Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery.  Defense counsel shall also deliver a copy of this order with materials.  <u>No person, other than defense counsel, shall make any copy of these materials for any purpose whatsoever</u>.  At the conclusion of the case, by entry of the Court's judgment, counsel shall, within ten days, collect all copies and return them to the Government.

3. Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

Dated: November 12, 2014

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE