IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 14-cr-00419-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RAQUEL A. ESPINOZA,

    Defendant.

---

**ORDER**

---

This matter is before the court on "Defendant's Motion to Clarify Bond Conditions or Set a Hearing to Discuss Colorado Springs Halfway House Placement" [Doc. No. 21]. The motion is **DENIED**.

The Colorado Springs halfway house is not an "overflow" facility for Denver. Additionally, it is the court's understanding that the halfway house in Colorado Springs would be required to take certain special measures at this time to permit housing for a female defendant. The defendant has no contacts or ties to Colorado Springs and has no readily available transportation to court from Colorado Springs. The defendant's children have moved to Kansas with their maternal grandmother.

Defendant's request is based, apparently, solely on her desire to be released from custody a few days sooner.[1]  There is no reason to put the defendant fifty miles from court and her attorney and to impose upon the Colorado Springs halfway house unnecessarily because of the defendant's impatience.  The defendant will be released on bond when the Denver halfway house has availability to house her and after she signs the appropriate bond paperwork before a judicial officer.

DATED this 17th day of November, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge

---

[1] Defendant's attorney represents that the Denver facility will have bed space available on or about November 28, 2014.