**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE WILEY Y. DANIEL**

---

| | | | |
|---|---|---|---|
| Date: | March 10, 2016 | Probation: | Tina Parde |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Mary George | | |

---

Criminal Case No: **14-cr-00419-WYD**

Counsel:

UNITED STATES OF AMERICA,

Plaintiff,

Daniel E. Burrows
Matthew T. Kirsch

v.

**1. RAQUEL A. ESPINOZA, a/k/a Raquel Darbanoza, a/k/a Raquel Durbano, a/k/a Ann Durbanoza**,

Defendant.

Thomas E. Goodreid

---

**SENTENCING**

---

**2:00 p.m.** Court in Session - Defendant present, in-custody.

**Change of Plea Hearing - December 17, 2015, at 2:00 p.m.**
**Plea of Guilty - Counts 24 and 32 of Indictment.**

APPEARANCES OF COUNSEL.

Court's opening remarks and inquiry of Probation.

2:01 p.m. Statement on behalf of Probation in response to Court's inquiry (Ms. Parde).

2:03 p.m. Statement and argument on behalf of Defendant (Mr. Goodreid).

2:17 p.m. Statement and argument on behalf of Government (Mr. Burrows).

2:24 p.m. Statement by Defendant on her own behalf (Ms. Espinoza).

2:37 p.m. Statement on behalf of Government (Mr. Burrows).

2:39 p.m. Statement on behalf of Defendant (Mr. Goodreid).

Court makes findings.

**ORDERED:** Defendant's Motion for a Non-Guidelines Sentence, Under 18 U.S.C. § 3553(a) [ECF Doc. No. 121], filed February 25, 2016, is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [ECF Doc. No. 115], filed February 10, 2016, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant be **imprisoned** for a term of **30 months** as to Count 24 and **2 years** as to Count 32 consecutive to the term imposed on Count 24, to produce a total term of **54 months.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years. This term consists of terms of 3 years as to Count 24 and a term of 1 year on Count 32, such terms to run concurrently.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) Because this sentence imposes restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2. As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.

3. If the defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.

4. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

5. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.

6. The defendant shall submit her person, property, house, residence, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** The defendant shall make restitution to the victims and in the amounts indicated in the presentence report. Restitution is ordered jointly and severally with the following defendant:

| Name | Case Number | Amount |
|---|---|---|
| George F. Durbin | 1082 1:14CR00419-2 | $183,806.45 |

Each victim shall receive an approximately proportional payment based on the victim's share of the total loss.

**ORDERED:** The special assessment and restitution obligation are due immediately. Any unpaid monetary obligations upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss with Prejudice Counts 1 Through 23, 25 Through 31 and 33 Through 35 of the Indictment [ECF Doc. No. 116], filed February 10, 2016, is **GRANTED.**

Order Dismissing Counts with Prejudice is **APPROVED BY THE COURT.**

**Court STRONGLY RECOMMENDS that the Bureau of Prisons place the defendant at F.M.C. Carswell in Fort Worth, TX and STRONGLY RECOMMENDS that the defendant be placed in the Residential Drug Abuse Program (R.D.A.P.).**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:57 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME: :57**